FILED
2007 May-10 PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

John Smith                )
                          )
    Petitioner,           )
                          )
v.                        )   CIVIL ACTION NO.
                          )
D.B. Drew et al.,         )   CV-07-H-0863-E
                          )
    Respondent            )

**CONSOLIDATED MOTION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241 AND REQUEST FOR COUNSEL**

Comes now John Smith Pro Se, Petitioner and request the court to require the respondent to consider the the statutory factors that must be applied to inmates in determining their placement per 18 U.S.C. 3621(b).

The Petitioner is not challenging his conviction nor his sentence. The Petitioner is requesting the court to award him the consideration that congress required when it drafted, created and signed into law 18 U.S.C. 3621(b). The BOP has chosen by policy to not follow this law and in doing so, has denied the Petitioner his legal rights to the relief allowed for in 18 U.S.C. 3621(b).

Since the BOP will not reverse it's own policy, the Petitioner has not filed administrative remedy in this matter. To do so would be to send him on a fool's errand.

Other district's have ruled on this same matter, see Fults v. Sanders, 442 F.3d 1088 (8th Cir. 2006) and Woodall v. Federal Bureau Of Prisons, 432 F.235 (3d Cir. 2005). These appeal courts have ruled that there is no way the BOP can consider the statutory factors in a category based regulation and as such, would be void.

Petitioner also request the court to appoint legal counsel to him as allowed for in 18 U.S.C. § 3006A (2) (B). Petitioner is without funds and is unable to pay for the appointment of counsel. The above styled action is of a complex nature and the Petitioner is without the skills required to successfully convey his case to the court. The Petitioner is also housed at a BOP location that has at best an incomplete Law Library and as such, would not be able to defend motions by the respondent that require Legal review or research.

Petitioner request that the court move the Respondent to comply with the regulations required by 18 U.S.C. 3621(b) so that he can be considered for placement based on his needs and the other area's required by statue.

Wherefore, for the foregoing reasons and authority, the Petitioner request that the court grant the relief requested in this motion and any other relief that may be allowed by law.

Respectfully submitted this 5 day of 5, 2007

*John Smith*

P.O. Box 2000
Talladega AL 35160

CERTIFICATE OF SERVICE

I have placed a copy, postage prepaid, in the United States mail on this day 5 of 5 2007 address as follows:

United States Attorney
1801 4th Avenue North
Birmingham, AL 35203