UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN SMITH, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-00863-JHH-HGD |
| ) | |
| D. B. DREW, ) | |
| ) | |
| Respondent ) | |

**DISMISSAL ORDER**

On June 26, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE to allow petitioner to pursue administrative remedies with respect to his claim.

**DONE** this the   25th   day of July, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE